RECEIVED
SEP 30 2016
AT 8:30_____M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 16- 449-FLW |
| v. | |
| THEODORE L. CLARK, III | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about February 21, 2016, in Middlesex County, in the District of New Jersey, and elsewhere, the defendant,

THEODORE L. CLARK, III,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Somerset County, did knowingly possess in and affecting commerce a loaded firearm, namely, a Smith and Wesson, .357 caliber handgun, bearing serial number 9k1526, loaded with six rounds of .357 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1.   The allegations contained on Page 1 of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.   Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth on Page 1 of this Indictment, the defendant,

THEODORE L. CLARK, III,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the commission of such offense, including the following:

   a) One Smith and Wesson .357 caliber handgun, bearing serial number 9k1526; and

   b) 6 rounds of .357 caliber ammunition.

A TRUE BILL

'FOREPERSON

_____
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 16- *CR-449-FLW*

# United States District Court
# District of New Jersey

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2016 SEP 30  P 1:53

**UNITED STATES OF AMERICA**

v.

**THEODORE L. CLARK, III**

# INDICTMENT FOR

18 U.S.C. § 922(g)(1)

A True Bill

**PAUL J. FISHMAN**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

SAMMI MALEK
*ASSISTANT U.S. ATTORNEY*
973-297-2064