UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Freda L. Wolfson |
| v. | Crim. No. 16-449 (FLW) |
| THEODORE L. CLARK, III | **SCHEDULING ORDER** |

This matter having come before the Court for arraignment; and the United States being represented by Paul J. Fishman, United States Attorney for the District of New Jersey (by Sammi Malek, Assistant U.S. Attorney, appearing); and the defendant Theodore L. Clark, III being represented by Lisa Van Hoeck, Esq.; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 10th day of November, 2016, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before November 18, 2016.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before November 18, 2016. Exculpatory evidence that becomes known to the

Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before January 6, 2016.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before January 6, 2016.

5. The following shall be the schedule for pretrial motions in this matter:

a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before January 12, 2017;

b) The Government shall file any response to the Defendant's pretrial motions on or before February 2, 2017;

c) The Defendant shall file any reply on or before February 16, 2017;

d) Oral argument on pretrial motions shall be held on February 21, 2017 at 10:00 a.m. ~~p.m.~~

Trial set for March 6, 2017 @ 9:30 AM

Honorable Freda L. Wolfson
United States District Judge