UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Criminal Action No. 16-449 (FLW) |
| v. | : |
| | : **ORDER** |
| THEODORE L. CLARK, III. | : |

**THIS MATTER** having been opened to the Court by the Federal Public Defender (Lisa J. Van Hoeck, Esq., appearing), counsel for Defendant Theodore L. Clark, III, on a pretrial motion to suppress evidence of a handgun seized from Defendant by officers of the Edison Police Department on February 21, 2016; it appearing that the Government (Assistant United States Attorney Sammi Malek, appearing), opposes the motion; the Court having considered the parties' motions and the arguments of counsel offered at the hearing held on May 10, 2017; for the reasons stated on the record at the May 10 hearing; for the reasons set forth in the Opinion filed on the date of this Order; and for good cause shown,

**IT IS**, on this 10th day of July, 2017,

**ORDERED** that Defendant's motion to suppress is **GRANTED**.

                                                                     /s/ Freda L. Wolfson
                                                    Hon. Freda L. Wolfson, U.S.D.J.