UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-2739
_____

UNITED STATES OF AMERICA

Appellant

v.

THEODORE L. CLARK, III

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal Action No. 3-16-cr-00449-001)
District Judge: Honorable Freda L. Wolfson

_____

Argued June 4, 2018

Before: AMBRO, JORDAN, and VANASKIE, Circuit Judges

## JUDGMENT

This cause came on to be heard on the record before the United States District Court for the District of New Jersey and was argued on June 4, 2018.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated July 10, 2017, is hereby affirmed.

All of the above in accordance with the opinion of this Court.

                                           ATTEST:

                                           <u>s/ Patricia S. Dodszuweit</u>
                                           Clerk

Dated: August 30, 2018